1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   In the Disciplinary Matter of          )      ORDER OF SUSPENSION
                                             )
12                                           )
     ATTORNEY DISCIPLINARY                   )
13   ACTIONS                                 )
                                             )
14   _____        )

15

16              On March 2, 2012, the Court issued a number of Orders to Show

17   Cause why certain attorneys should not be suspended from the Bar of this Court as

18   a result of suspension from the Supreme Court of California or from the State Bar

19   Court.   Written responses to each Order to Show Cause were due thirty (30) days

20   from the date of the Order to Show Cause.   The Court has not received a response

21   to its March 2, 2012 Orders to Show Cause from any attorney listed in Attachment

22   "A" to this Order, unless otherwise noted therein. IT IS THEREFORE ORDERED

23   that the attorneys listed in Attachment "A" to this Order are suspended from the

24   practice of law in this Court pursuant to Rule 83-3.2 of the Local Rules for the

25   Central District of California.

26              IT IS FURTHER ORDERED that any attorney listed in Attachment

27   "A" to this Order who has been suspended from the Bar of this Court will be

28   reinstated upon proof of his or her reinstatement as an active member in good

1

1    standing with the State Bar of California.

2              An attorney registered to use the Court's Electronic Case Filing

3    System (ECF) who is suspended by this Court will not have access to file

4    documents electronically until the attorney has been reinstated by the State Bar of

5    California and reinstated to the Bar of this Court.

6              This Order is being served pursuant to Federal Rule of Civil

7    Procedure 5  to the current addresses of the attorneys listed in Attachment "A" as

8    on file with the Court's CM/ECF system as of March 2, 2012.

9

10             DATE:      April 26, 2012

11

12

13

14                              Audrey B. Collins
15                      Chief United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1              <u>Attachment A</u>

2

3  <u>Suspension</u>

4  1.  Douglas Vincent Melson, #147345, MC-12-092 ABC

5  2.  Philip Eric Myers, #77543, MC-12-094 ABC

6  3.  Michael T. Pines, #77771, MC-12-095 ABC

7   4.  Roger Herbert Schnapp, #102861, MC-12-096 ABC

8  *5.  Douglas William Davis, #132620, MC-12-097 ABC

9        *Ohio v. Davis*, CV-10-4241 ODW (MAN)

10  6.  John Paul Garcia, #222210, MC-12-098 ABC

11  7.  Arthur Greenspan, #150216, MC-12-099 ABC

12  8.  Jeffrey Alan Nelson, #74834, MC-12-100 ABC

13  9.  John Yaheng Tu, #146945, MC-12-101 ABC

14

15  *Has an active case pending in this Court as of March 2, 2012.

16

17

18

19

20

21

22

23

24

25

26

27

28